IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-09-192 |
| FREDERICK HOWARD KENVIN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 31). The motion for continuance is GRANTED. The sentencing hearing is reset to **April 19, 2010, at 9:00 a.m.**

SIGNED on February 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge